UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-10003-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY LOUIS CARDONA,

    Defendant.

    _____/

## ORDER

**THIS CAUSE** comes before the Court on Defendant's Motion to Transfer Defendant to the Federal Detention Center (ECF No. 23). Having reviewed the Motion, and being otherwise duly advised on the matter, the Court hereby **GRANTS** Defendant's Motion to Transfer. The United States Marshal is directed to transfer Defendant from the Monroe County Detention Center in Key West, Florida, to the Federal Detention Center in Miami, Florida, for the purpose of facilitating Defendant's psychological examination.

**DONE AND ORDERED** the 19th day of April, 2021, at Miami, Florida.

_____
LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. Marshalls